**Order filed August 1, 2013**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00264-CR
_____

**TERRY LEE BAGLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1364009**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant has made known to this Court his desire to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969).

Accordingly, we hereby direct the Judge of the 230th District Court to afford appellant an opportunity to view the trial record in accordance with local

procedure; that the clerk of that court furnish the record to appellant on or before **August 16, 2013,** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.


PER CURIAM